## BRYANT *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 25, October Term, 1949.]

724

*Decided February 9, 1950.*

Before MARBURY, C. J., and DELAPLAINE, COLLINS, GRASON, HENDERSON and MARKELL, JJ.

PER CURIAM.

This is an application for leave to appeal from the denial of a writ of habeas corpus. Petitioner is imprisoned in the Maryland Penitentiary under sentence of twenty years for robbery with a deadly weapon in three cases. He alleges in this Court that he was arrested for one thing and tried for another, that the arresting officer searched his house without a search warrant, that the Court had not sufficient evidence to find the petitioner guilty, that the Court did not make it known to the public that they were using a toy pistol against the petitioner as evidence at his trial, that the facts are not sufficient to convict him of robbery with a deadly weapon.

An illegal arrest does not prevent one from being validly indicted and tried. *State ex rel. Zell v. Warden,* 191 Md. 745, 59 A. 2d 737. The question of whether his house was searched without a search warrant cannot be raised on habeas corpus. *State ex rel. Minter v. Warden,* 193 Md. 715, 66 A. 2d 919. The question of guilt or innocence and weight of the evidence cannot be tried on habeas corpus. *Rountree v. Wright,* 189 Md. 292, 55 A. 2d 847.

*Application denied, without costs.*